# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Helene Marie Yohn

Debtor(s)

BK NO. 22-01760 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of SRP 2013-10, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
26 Sep 2022, 15:55:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322