# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire             Telephone: (717) 232-6650
Kara K. Gendron, Esquire             Fax:  (717) 232-0477

November 21, 2022

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Helene Marie Yohn
      Bankruptcy No:1:22-bk-01760

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

STATEBRIDGE COMPANY, LLC
5680 GREENWOOD PLAZA BLVD, STE 100S
GREENWOOD, CO 80111

to:

STATEBRIDGE COMPANY, LLC
6061 S WILLOW DR, STE 300
GREENWOOD VILLAGE, CO 80111


Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law