UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                                              CASE NO.: 22-01760
                                                                                             CHAPTER 13

Helene Marie Yohn,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA  30004**

                                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                        Authorized Agent for Secured Creditor
                                                        13010 Morris Rd., Suite 450
                                                        Alpharetta, GA  30004
                                                        Telephone: 470-321-7112

                                                        By: /s/Michelle McGowan
                                                              Michelle McGowan
                                                              Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HELENE MARIE YOHN
451 LINTON HILL ROAD
DUNCANNON, PA 17020

And via electronic mail to:

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Angela Gill